**Opinion issued June 27, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00063-CV

————————————

**YOLANDA POSEY AND JANIS ADETU, Appellants**

**V.**

**FRANCISCO GUILLEN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1194842**

---

## MEMORANDUM OPINION

Appellants' brief was due on March 15, 2023. On March 29, 2023, the Court issued a notice that the appeal was subject to dismissal if appellants did not file a brief or motion for extension on or before April 10, 2023. Appellant did not file a timely brief or request an extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief), 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.